```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 53139
   MICHAEL J CAPOZZIELLI
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-1614

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 01/17/2006 and was confirmed 04/10/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was dismissed after confirmation 01/14/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
ALLAN J DEMARS            NOTICE ONLY    NOT FILED           .00           .00
DELL FINANCIAL SERVICES   SECURED           300.00          3.51        300.00
INTERNAL REVENUE SERVICE  PRIORITY       NOT FILED           .00           .00
DELL FINANCIAL SERVICES   UNSECURED      NOT FILED           .00           .00
BENEFICIAL                UNSECURED      NOT FILED           .00           .00
CAPITAL ONE BANK          UNSECURED      NOT FILED           .00           .00
CITI CARD                 UNSECURED      NOT FILED           .00           .00
DIRECT MERCHANTS BANK     UNSECURED      NOT FILED           .00           .00
ECAST SETTLEMENT CORP     UNSECURED         1373.50          .00        828.96
LVNV FUNDING LLC          UNSECURED         8394.56          .00       5066.43
INTERNAL REVENUE SERVICE  FILED LATE       10577.00          .00           .00
INTERNAL REVENUE SERVICE  PRIORITY       NOT FILED           .00           .00
ECAST SETTLEMENT CORP     UNSECURED         6651.16          .00       4014.22
STUART B HANDELMAN        DEBTOR ATTY     1,400.00                    1,400.00
TOM VAUGHN                TRUSTEE                                       547.88
DEBTOR REFUND             REFUND                                           .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 12,161.00

PRIORITY                                                  .00
SECURED                                                300.00
    INTEREST                                             3.51
UNSECURED                                            9,909.61
ADMINISTRATIVE                                       1,400.00
TRUSTEE COMPENSATION                                   547.88
DEBTOR REFUND                                             .00
                        ---------------         ---------------
TOTALS                  12,161.00                   12,161.00

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 53139 MICHAEL J CAPOZZIELLI
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


|  |  |
|---|---|
| Dated: 04/23/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |